# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:16-cv-66

| | | |
|---|---|---|
| ANDREW BINNS and DEBRA BINNS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CHERIN MARMON-SAXE and | ) | |
| NICOLA KIM MARMON-SAXE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Robert McCune's Application for Admission to Practice *Pro Hac Vice* of Shelley Driskell Momo. It appearing that Shelley Driskell Momo is a member in good standing with the Georgia State Bar and will be appearing with Robert McCune, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Robert McCune's Application for Admission to Practice Pro Hac Vice (#2) of Shelley Driskell Momo is

**GRANTED**, and that Shelley Driskell Momo is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Robert McCune.

Signed: March 17, 2016

Dennis L. Howell
United States Magistrate Judge