IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
AHEVILLE DIVISION
1:16 CV 66

| | |
|---|---|
| ANDREW BINNS and DEBRA BINNS, ) | |
| ) | |
| Plaintiffs ) | AMENDED |
| ) | ORDER |
| v ) | |
| ) | |
| CHERIN MARMON-SAXE and NICOLA ) | |
| KIM MARMON-SAXE, ) | |
| ) | |
| Defendants ) | |

**THIS MATTER** has come before the undersigned pursuant to Plaintiffs' Unopposed Motion for Extension of Time for Initial Attorneys Conference (#12). It appears from an examination of the motion that counsel for Defendants has been consulted and does not object to the motion, and as a result, the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Plaintiffs' Unopposed Motion for Extension of Time for Initial Attorneys Conference (#12) is **ALLOWED** and the parties shall have up to and including **July 29, 2016** to hold an Initial Attorneys Conference and thereafter comply with the Local Rules of Civil Procedure in regard to further scheduling in this matter.

Signed: June 29, 2016

Dennis L. Howell
United States Magistrate Judge