# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16cv66

| | |
|---|---|
| ANDREW BINNS and DEBRA BINNS, ) ) ) Plaintiffs, ) ) v. ) ) CHERIN MARMON-SAXE and ) NICOLA KIM MARMON-SAXE, ) ) Defendants. ) _____ ) | ORDER |

Pending before the Court is the Joint Motion for Extension of Time [# 29]. For good cause shown, the Court **GRANTS** the motion. [# 29]. Defendants shall have until March 22, 2017, to respond to the pending Motion Recognition of Foreign Country Money Judgment [# 26].

Signed: March 13, 2017

Dennis L. Howell
United States Magistrate Judge